McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716



FILED

DEC - 8 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE SEARCH OF            )  No. 2:06-sw-00258 GGH
7381 FLOWERWOOD WAY,       )
SACRAMENTO, CALIFORNIA     )  **MOTION TO UNSEAL**
                           )  **AND [proposed] ORDER**
                           )
                           )
                           )

On September 28, 2006, Honorable Gregory G. Hollows, USMJ, issued the above-captioned search warrant and sealed it further order. Recently, the defendant was indicted by a federal grand jury sitting in the United States District Court for the Northern District of California, case number CR 06-0790 CRB. An arrest warrant was issued at the time of indictment, and it was executed this morning. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: December 8, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
    ELLEN V. ENDRIZZI
    Assistant U.S. Attorney

1

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:06-sw-00258 is GRANTED.

DATED: December 8, 2006

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge